Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Vehicle Interface Technologies, LLC v. Ford Motor Company

No. 15-1423

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Vehicle Interface Technologies, LLC
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Robert E. Freitas |
| Law firm: | FREITAS ANGELL & WEINBERG LLP |
| Address: | 350 Marine Parkway Suite 200 |
| City, State and ZIP: | Redwood Shores, CA 94065 |
| Telephone: | (650) 593-6300 |
| Fax #: | (650) 593-6301 |
| E-mail address: | rfreitas@fawlaw.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1985

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| March 23, 2015 | /s/Robert E. Freitas |
| Date | Signature of pro se or counsel |

cc: _____

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  March 23, 2015
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Robert E. Freitas | /s/Robert E. Freitas |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: FREITAS ANGELL & WEINBERG LLP

Address: 350 Marine Parkway, Suite 200

City, State, ZIP: Redwood Shores, CA 94065

Telephone Number: (650) 593-6300

FAX Number: (650) 593-6301

E-mail Address: rfreitas@fawlaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.